**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**HON. THOMAS J. WHELAN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ISMAEL RODRIGUEZ MEDEL,<br><br>                    Defendant. | Case No.: 22CR2157-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

GOOD CAUSE APPEARING, it is hereby ordered that the Status Hearing is continued from March 13, 2023 to April 24, 2023, at 9:00 am. Time is excluded in the interim in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: _3/8/23_

_____
Honorable Thomas J. Whelan
United States District Judge