# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HON. THOMAS J. WHELAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ISMAEL RODRIGUEZ MEDEL,<br><br>　　　　Defendant. | Case No.: 22CR2157-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE** |

GOOD CAUSE APPEARING, it is hereby ordered that the Status Hearing be continued from June 12, 2023 to July 31, 2023 at 9:00 am. Time is excluded in the interim in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: 6/8/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE